CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 28 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MALCOLM MUHAMMAD, et al., </br>    Plaintiffs, </br></br>v. </br></br>L.J. FLEMING, et al., </br>    Defendants. | Civil Action No. 7:14-cv-00421 </br></br></br>**FINAL ORDER** </br></br>By:   Hon. Jackson L. Kiser </br>        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Defendants' motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 28th day of April, 2015.

                                    /s/ Jackson L. Kiser
                                    Senior United States District Judge